UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) CRIM. NO. 3:17-CR-15 | |
| | ) | |
| v. | ) (Judge | ) |
| | ) | |
| DAHVEED DEAN | ) (Electronically Filed) | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

FILED
SCRANTON
JAN 31, 2017
PER _____
DEPUTY CLERK

## COUNT I

(Assault and Impeding Federal Employees § 18 U.S.C. 111(a)(1) and (b))

On July 15, 2016, at the United States Penitentiary at Canaan, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

DAHVEED DEAN,

an inmate, did forcibly assault, impede, intimidate, and interfere with a person designated by Section 1114 of Title 18, United States Code, an employee of an agency in any branch of the United States Government, while that person was engaged in or on account of the performance of his official duties, making physical contact with such employee and inflicting bodily injury; to wit, in that defendant assaulted a Correctional Officer, an employee of United States Penitentiary Canaan

engaged in the performance of his official duties, by punching him and inflicting bodily injury.

All in violation of 18 U.S.C. § 111(a)(1) and (b).

A TRUE BILL

BRUCE D. BRANDLER
United States Attorney

By: _____
SEAN A. CAMONI
Assistant United States Attorney

Date: 1-31-17