# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 3:17-CR-00015 |
| DAHVEED DEAN, | (JUDGE CAPUTO) |
| Defendant. | |

## ORDER

**NOW**, this 12th day of June, 2019, **IT IS HEREBY ORDERED** that:

(1) Defendant Dahveed Dean's Motion for Disclosure Pursuant to Federal Rule of Evidence 807 (Doc. 64), Motion for Disclosure Pursuant to Rules 404(b) and 609 (Doc. 66), Motion for Disclosure of Statements Pursuant to the Jencks Act (Doc. 70), Motion to Produce Memorializing of Government Interviews (Doc. 73), Motion for Disclosure Pursuant to Rule 16(a)(1)(G) (Doc. 76), Motion for Disclosure of Evidentiary Information (Doc. 78), and Motion for Pretrial Inspection, Measurement and Photographic Imaging (Doc. 82) are **DENIED without prejudice**.

(2) Dean's Motion in Limine to Preclude Use at Trial of BOP Restraints Check Forms (Doc. 80), and his Motion in Limine to Preclude Use at Trial of Discipline Hearing Officer Report and Possession of Controlled Substance (Doc. 84), are **DEFERRED** to the time of trial.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge